UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELAINE HUNTLEY,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>    Defendant. | Civil Action 07-1285 (HHK)(AK) |

ORDER OF REFERENCE TO
UNITED STATES MAGISTRATE JUDGE ALAN KAY

It is this 17th day of January, 2008, hereby

**ORDERED** that plaintiffs' motion for a judgment of reversal [#9], filed on January 16, 2008, is hereby referred to United States Magistrate Judge Alan Kay for his Report and Recommendation pursuant to LCvR 72.3(a).  Henceforth, and until this referral is terminated, <u>all</u> filings in this case shall include the initials of the assigned Magistrate Judge, "AK," in the caption next to the initials of the undersigned Judge.  *See* LCvR 5.1(f).

                     Henry H. Kennedy, Jr.
                     United States District Judge