UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

APR 0 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ELAINE HUNTLEY,

Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner
of Social Security,

Defendant.

Civil Action 07-1285 (HHK)

ORDER

UPON CONSIDERATION of the defendant's consent motion for remand, the entire record herein, it is by the Court this 31st day of March, 2008, hereby

**ORDERED** that the final decision of the Commissioner is reversed and that this matter is hereby remanded to the Commissioner, pursuant to sentence four of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), so that the Commissioner may enter a favorable decision on plaintiff's claim for disability benefits, with a finding of disability as of June 9, 1998, based upon plaintiff's combination of impairments.

Henry H. Kennedy, Jr.
United States District Judge

Copies to Counsel of Record