UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELAINE HUNTLEY,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>　　　　　　Defendant. | Civil Action 07-1285 (HHK) |

**ORDER**

Before the court is plaintiff's motion for judgment of reversal [#9]. On March 27, 2008, defendant submitted a consent motion for entry of judgment of reversal. The court has ordered the matter reversed and remanded [#14]. Accordingly, it is this 7th day of April 2008, hereby

**ORDERED** that plaintiff's motion [#9] is **DENIED** as moot.

　　　　　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge