UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELAINE HUNTLEY,                )
                               )
            Plaintiff,         )
                               )
    -v-                        )    Civil Action No. 07-1285 HHK/AK
                               )
MICHAEL J. ASTRUE,             )
Commissioner,                  )
Social Security Administration,)
                               )
            Defendant.         )
_____)

## ORDER

UPON CONSIDERATION of plaintiff's petition for attorney's fees and defendant's response thereto, it is by the Court this 16th day of May, 2008, hereby

ORDERED that plaintiff's petition is GRANTED; and it is

FURTHER ORDERED that attorney's fees of $2,291.07 are awarded to plaintiff, to be paid by checks naming plaintiff as the payee but delivered to the office of his attorney at the following address:

> Stephen F. Shea, Esq.
> 801 Roeder Road, Suite 550
> Silver Spring, MD 20910

*Henry Kennedy, Jr.*
UNITED STATES DISTRICT JUDGE

Copies to Counsel of Record